UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

                                  :        MAGISTRATE NO. 13-2550(DEA)

              :
v.

                                  :        ORDER

JAY GOLDSTEIN a/k/a YAAKOV
MOSHE GOLDSTEIN
DAVID HELLMAN
SIMCHA BULMASH
AVORHOM GOLDSTEIN
SHOLOM SHUCHAT                   :

      The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      It is on this ___10th___ day of ___OCTOBER___, 2013,

      ORDERED that ___DAVID SCHAFER___ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendants in the cause for the purpose of the Initial Appearance.

                                                           _____
                                                           Douglas E. Arpert
                                                           United States Magistrate Judge